```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCUS YOUNG, et al.,

                                   Plaintiffs,             20-CV-08564 (ALC) (SN)

        -against-                                                 **ORDER**

CITY OF NEW YORK DEPARTMENT OF
EDUCATION,

                                 Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are directed to file a joint letter indicating the status of this matter no later than August 6, 2021, and every 60 days thereafter.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 2, 2021
         New York, New York