USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __August 23, 2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCUS YOUNG, *individually and on behalf of all other persons similarly situated*,

          **Plaintiff,**

-against-

THE NEW YORK CITY DEPT. OF EDUCATION,

          **Defendant.**

---

20-cv-8564 (ALC) (SN)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' stipulation of dismissal with prejudice for this matter. ECF No. 29. As this is a FLSA case, if the Parties have settled, they are **ORDERED** to file the settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than **September 14, 2021**.

**SO ORDERED.**

Dated:   August 23, 2021
          New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**