UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARCUS YOUNG, individually and on behalf of all
other persons similarly situated,

Plaintiffs,

-against-

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/29/2021

CIVIL ACTION
CASE NO: 20-cv-8564

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties that the individual claims of Plaintiff Marcus Young set forth in Plaintiff's

Complaint are hereby dismissed with prejudice, in their entirely and without fees.

Dated: New York, New York
          August 4 , 2021

**VIRGINIA & AMBINDER, LLP**
Attorneys for Plaintiffs
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080

By: _____
         Lloyd Ambinder, Esq.

Dated:     New York, New York
              August 3 , 2021

**GEORGIA M. PESTANA**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-187
New York, New York 10007
(646) 960-1103

By: _____
         Kami Barker, Esq.
         Senior Counsel

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated**: 10/29/2021

1